UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILEY EZELL, *ET AL.*, Plaintiffs | CIVIL ACTION NO. 3:17-CV-00796 |
| VERSUS | JUDGE DOUGHTY |
| MEDTRONIC PLC, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Medtronic Vascular Galway Unlimited Company's Motion to Dismiss [Doc. No. 36] is **GRANTED**, and Plaintiffs' action is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of January, 2019.

_____
TERRY A. DOUGHTY,
UNITED STATES DISTRICT JUDGE